Submitted February 6, reversed and remanded September 2, 2009

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## EDDY LIONEL ROBLETO,
*Defendant-Appellant.*

Washington County Circuit Court
C043139CR; A129840

216 P3d 904

Patrick M. Ebbett and Chilton, Ebbett & Rohr, LLC, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, filed the brief for respondent.

Eddy Robleto filed the reply brief *pro se.*

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

Reversed and remanded. *State ex rel Juv. Dept. v. S. P.,* 346 Or 592, 215 P3d 847 (2009).